TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00142-CV

Continental Imports, Inc., Appellant

v.

Harry McAdams and Business Government Associates, Inc., Appellees

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 98-091-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

 The parties have announced settlement of their dispute and have filed a joint motion
to dismiss this appeal. We hereby grant the parties' joint motion to dismiss the appeal pursuant
to Tex. R. App. P. 42.1(a)(2).

 

 J. Woodfin Jones, Justice

Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: November 5, 1998

Do Not Publish